USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tokio Marine America Insurance Company,

                              Plaintiff,

-against-

MSC Mediterranean Shipping Company S.A.;
Mediterranean Shipping Company S.A.; and
Does 1 through 10, inclusive,

                              Defendants.

1:23-cv-02028 (LGS)

ORDER RESCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

        The settlement conference previously scheduled on Thursday, November 2, 2023, at 10:00 a.m. is adjourned until Thursday, January 4, 2024, at 10:00 a.m. The settlement shall proceed by Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means.

        The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:       New York, New York
               October 23, 2023

                                                           _____
                                                            STEWART D. AARON
                                                            United States Magistrate Judge